# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSE BRANDON PHILLIPS, <br><br> Defendant. | CASE NO. 18CR2712-DMS <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_\_ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

__X__ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offenses as charged in Counts 1 through 10 of the Indictment:

    8 U.S.C. Secs. 1324(a)(2)(B)(ii) and 8 U.S.C. 1324(a)(2)(B) (iii)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 7, 2018

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE